Ryan G. Baker (Bar No. 214036)
 rbaker@bakermarquart.com
BAKER MARQUART LLP
777 South Figueroa Street, Suite 2850
Los Angeles, CA 90017
Telephone:  (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Plaintiff Eric Fiterman*

Joshua A. Glikin (admitted *pro hac vice*)
glikin@bowie-jensen.com
BOWIE & JENSEN, LLC
210 W. Pennsylvania Avenue, Suite 400
Towson, Maryland 21204
Telephone:  (410) 583-2400
Facsimile:  (410) 583-2437

Bradley A. Chapin (State Bar No. 232885)
bchapin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  (714) 641-5100
Facsimile:  (714) 546-9035

*Attorneys for Defendant Lawrence Fiorino*

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT**

| | |
|---|---|
| ERIC FITERMAN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>LAWRENCE FIORINO, an individual; and DOES 1-10,<br><br>  Defendants. | Case No. 2:18-cv-6699-FMO(MRWx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>Hon. Fernando M. Olguin<br><br>Complaint filed August 3, 2018 |

# [~~PROPOSED~~] ORDER

Having reviewed the parties' Joint Stipulation to Dismiss Complaint, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT plaintiff Eric Fiterman's complaint against defendant Lawrence Fiorino is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: October 26, 2018

/s/
_____
Fernando M. Olguin
Judge of the Central District of California